PS 42
(Rev 07/93)


**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 6 2013

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　　DEP CLERK

# United States District Court

## Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Kristopher K. Washington ) | Case No. 4:13CR00122-01 KGB |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kristopher K. Washington, have discussed with Bryce Geiggar, Pretrial Services/Probation Officer, modification of my release as follows:

The condition to surrender any passport to U.S. Probation Office will be removed.

The defendant has been supervised since May 9, 2013. The defendant has been in compliance with his supervision requirement. The Assistant United States Attorney has been notified of this request for modification and has no objection. The Office of the Federal Public Defender, represented by Lisa Peters was contacted and has no objection.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/30/2013   _____  May 30, 2013
Signature of Defendant       Date        Pretrial Services/Probation Officer   Date

_____  May 30, 2013
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on 6/6/2013

[ ] The above modification of conditions of release is not ordered.

_____  6/6/2013
Signature of Judicial Officer   Date