IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                          NO.: 4:13CR00122-001 KGB

KRISTOPHER K. WASHINGTON                                               DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Court has been notified that the Defendant's United States Marshals number appearing on the Judgment & Commitment Order is incorrect.

The Judgement & Commitment Order entered on September 13, 2013 (Dkt. No. 11), is hereby amended to reflect the correct United States Marshals number as 27618-009.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

The Clerk is directed to provide a copy of this order to Counsel, the United States Probation Office, and the United States Marshals Office.

IT IS SO ORDERED this 17th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE